IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| **CLYDE VASSEL and AZRIE VASSEL** ) | Case No. 04 B 00012 |
| ) | |
| ) | Hon. Jacqueline Cox |
| Debtors. ) | |

**TRUSTEE'S FINAL REPORT**

To:  The Honorable Jacqueline Cox
     Bankruptcy Judge

NOW COMES DAVID R. HERZOG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on January 2, 2004 under Chapter 7 of the Bankruptcy Code ("Code").

2.   Thereafter, David R. Herzog was appointed as Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

3.   The Trustee certifies he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under order of this Court or are sought to be abandoned by the Trustee; there is no other property belonging to the estate to the best of the Trustee's knowledge; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this

estate is ready to be closed.  The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

    4    The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $ 0.00.  The property abandoned, or sought to be abandoned herein, along with the reasons for such abandonment, is described in the aforesaid "Exhibit B".

    5    A summary of the Trustee's final account as of is as follows:

        a.    RECEIPTS (see Exhibit C)    $ 106,389.92

        b.    DISBURSEMENTS (see Exhibit C)    $ 57,048.58

        c.    NET CASH available for distribution $ 49,341.34

        d.    ADMINISTRATIVE EXPENSES:

            1.    Trustee's compensation requested (see Exhibit E)    $ 6,585.03

            2.    Expenses (see Exhibit E)
                Photocopies    $ 0.00

            3.    Compensation requested by attorney or other professionals for Trustee (see Exhibit F)

                Attorneys for Trustee    $ 6,161.64

    2.    The Bar Date for filing unsecured claims expired on May 26, 2004.

    3.    All claims filed in this case with the Clerk of Bankruptcy Court have been reviewed by the Trustee to the extent warranted by the circumstances of this case, and a report is attached as Exhibit D.  The actual dollar amount of claims allowed and/or filed for this estate is as follows:

-2-

      a.   Allowed unpaid secured claims      $      0.00

      b.   Chapter 7 administrative claims    $  12,746.67
          (Including Clerk's Fees)

      c.   Chapter 11 administrative claims   $      0.00

      d.   Allowed priority claims          $      0.00

      e.   Allowed unsecured claims         $  12,861.57

4.  There were no priority claims in this estate.

5.  Trustee proposes that unsecured creditors receive a distribution of 100% of allowed claims.

6.  Total compensation previously awarded to Trustee's counsel, accountant, or other professional is $ 0.00.  Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $6,161.64.  The total of Chapter 7 professional fees and expenses requested for final allowance is $6,161.64  (See Exhibit G).

7.  A fee of $750.00 was paid to the attorneys for the Debtor for services rendered in connection with this case and no basis appears to request an examination of those fees pursuant to 11 U.S.C. Section 329.

8.  A surplus amount of $25,927.44 shall be paid to the Debtors.


WHEREFORE, the Trustee certifies under penalty of perjury that the above foregoing is true and correct, requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. Sections 330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement and make

-3-

final allowance of the administrative claims and expenses stated in this report, and for such other and further relief as the Court shall deem proper.

                          RESPECTFULLY SUBMITTED:

DATE:  05/23/07               /s/ David R. Herzog
                                    SIGNATURE

                                    David R. Herzog
                                    TRUSTEE NAME

                                    77 W. Washington St., Ste. 1717
                                    Chicago, Illinois  60602
                                    ADDRESS

# **EXHIBIT A**

## TASKS PERFORMED BY TRUSTEE

1. The Trustee investigated the assets of the Debtor, as well as the accuracy of the information contained in the schedules.

2. The Trustee assisted in securing and selling the real property of the Debtors.

3. The Trustee investigated all claims and made any/all objections as necessary.

4. The Trustee made all necessary disbursements and receipts to the Estate's account.

5. The Trustee prepared interim and final reports.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-00012 6  
**Case Name:** VASSEL, CLYDE  
VASSEL, AZRIE  
**Period Ending:** 06/14/06

**Trustee:** (330520)   DAVID HERZOG  
**Filed (f) or Converted (c):** 01/02/04 (f)  
**§341(a) Meeting Date:** 02/11/04  
**Claims Bar Date:** 05/26/04

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MARITAL RESIDENCE | 108,000.00 | 49,031.64 | | 106,000.00 | FA |
| 2 | RETIREMENT ANNUITY | 150,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4 | LIVING ROOM SET, HOUSEHOLD FURNISHINGS | 6,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | ORDINARY WEARING APPAREL - WIFE | 650.00 | 0.00 | | 0.00 | FA |
| 6 | ORDINARY WEARING APPAREL - HUSBAND | 600.00 | 0.00 | | 0.00 | FA |
| 7 | LIFE INSURANCE POLICY - WIFE | 0.00 | 0.00 | | 0.00 | FA |
| 8 | LIFE INSURANCE POLICY - HUSBAND | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1998 MAXIMA | 3,000.00 | 1,800.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 389.92 | Unknown |
| 10 | **Assets Totals** (Excluding unknown values) | **$268,350.00** | **$52,831.64** | | **$106,389.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

Revisions to final report submitted to UST for review (1/25/06).

Printed: 05/25/2007 01:01 PM    V.9.02

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-00012 6  
**Case Name:** VASSEL, CLYDE  
VASSEL, AZRIE  
**Period Ending:** 06/14/06

**Trustee:** (330520)    DAVID HERZOG  
**Filed (f) or Converted (c):** 01/02/04 (f)  
**§341(a) Meeting Date:** 02/11/04  
**Claims Bar Date:** 05/26/04

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** July 31, 2005    **Current Projected Date Of Final Report (TFR):** June 30, 2007

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-00012 6 | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | VASSEL, CLYDE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VASSEL, AZRIE | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 13-7427415 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/14/06 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/03/04 | | Chicago Title & Trust Company | Proceeds from sale of 8931 S. Laflin to Booth | | | 49,031.64 | | 49,031.64 |
| | {1} | Chicago Title | | 106,000.00 | 1110-000 | | | 49,031.64 |
| | | Alice Wells | Broker's Commission | -7,420.00 | 3510-000 | | | 49,031.64 |
| | | Transfer taxes | State of Illinois and Cook County Transfer Taxes | -159.00 | 2820-000 | | | 49,031.64 |
| | | Stonelake Survey Co. | Real Estate Survey | -380.00 | 2990-000 | | | 49,031.64 |
| | | Chicago Title | Title charges, closing costs | -987.00 | 2990-000 | | | 49,031.64 |
| | | First Midwest Bank | Payoff first mortgage | -26,315.11 | 4110-000 | | | 49,031.64 |
| | | Greentree | Payoff 2nd mortgage | -1,913.63 | 4110-000 | | | 49,031.64 |
| | | Clyde & Azrie Vassel | Homestead Exemption | -15,000.00 | 8100-002 | | | 49,031.64 |
| | | Cook County | County Taxes | -731.85 | 2820-000 | | | 49,031.64 |
| | | Cook County | Tax Proration | -858.92 | 2820-000 | | | 49,031.64 |
| | | City of Chicago | Payment of water bill | -22.85 | 2990-000 | | | 49,031.64 |
| | | Keesha Booth | Credit towards closing costs | -3,180.00 | 8500-002 | | | 49,031.64 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | | 1270-000 | 6.18 | | 49,037.82 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 8.73 | | 49,046.55 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 10.08 | | 49,056.63 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 10.42 | | 49,067.05 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | 1270-000 | 12.30 | | 49,079.35 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 11.70 | | 49,091.05 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 14.59 | | 49,105.64 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 14.13 | | 49,119.77 |

**Subtotals :**          **$49,119.77**          **$0.00**

{} Asset reference(s)                                                                                                    Printed: 05/25/2007 01:01 PM     V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-00012 6 | **Trustee:** DAVID HERZOG (330520) |
| **Case Name:** VASSEL, CLYDE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| VASSEL, AZRIE | **Account:** ***-*****71-65 - Money Market Account |
| **Taxpayer ID #:** 13-7427415 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 06/14/06 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/26/05 | 1001 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE #04-00012, Blanket Bond Premium Voided on 05/26/05 | 2300-000 | | 41.81 | 49,077.96 |
| 05/26/05 | 1001 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE #04-00012, Blanket Bond Premium Voided: check issued on 05/26/05 | 2300-000 | | -41.81 | 49,119.77 |
| 05/26/05 | 1002 | International Sureties | Blanket Bond Premium | 2300-000 | | 41.81 | 49,077.96 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 14.60 | | 49,092.56 |
| 06/30/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 15.67 | | 49,108.23 |
| 07/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4500% | 1270-000 | 17.02 | | 49,125.25 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 18.78 | | 49,144.03 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 19.32 | | 49,163.35 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 21.35 | | 49,184.70 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 22.24 | | 49,206.94 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.61 | | 49,231.55 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 27.73 | | 49,259.28 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.46 | | 49,285.74 |
| 03/01/06 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2006 FOR CASE #04-00012 | 2300-000 | | 38.41 | 49,247.33 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 29.30 | | 49,276.63 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.20 | | 49,307.83 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.51 | | 49,341.34 |

**Subtotals :**     **$301.79**     **$80.22**

{} Asset reference(s)     Printed: 05/25/2007 01:01 PM     V.9.02

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 04-00012 6  
**Case Name:** VASSEL, CLYDE  
VASSEL, AZRIE  
**Taxpayer ID #:** 13-7427415  
**Period Ending:** 06/14/06

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****71-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 49,421.56 | 80.22 | $49,341.34 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 49,421.56 | 80.22 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$49,421.56** | **$-14,919.78** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****71-65** | 49,421.56 | -14,919.78 | 49,341.34 |
| | $49,421.56 | $80.22 | $49,341.34 |

{} Asset reference(s)  
Printed: 05/25/2007 01:01 PM    V.9.02

**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CLYDE VASSEL and AZRIE VASSEL** | ) | Case No. 04 B 00012 |
| | ) | |
| | ) | Hon. Jacqueline Cox |
| Debtors. | ) | |

**PROPOSED
DISTRIBUTION REPORT**

    I, David R. Herzog, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of the Court, and state that based on my review I propose to make the following distributions:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Chapter 7 Administrative Expenses: | $ | 12,746.67 |
| Chapter 11 Administrative Expenses: | $ | -0- |
| Priority Claims (507(a)(3)-(a)(6)): | $ | -0- |
| Secured Tax Liens: | $ | -0- |
| Priority Tax Claims: | $ | -0- |
| General Unsecured Claims: | $ | 12,861.57 |
| Other: | | |
| Interest | $ | 319.20 |
| Surplus to Debtor (After 100% distribution to creditors, plus interest) | $ | 23,413.90 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 49,341.34 |

DISTRIBUTION REPORT - CONT'D                                          PAGE 2 of 6

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| § 726(a) & (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 12,746.67 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | David R. Herzog, Trustee in Bankruptcy | $ 6,585.03 | $ 6,585.03 |
| | Herzog & Schwartz, P.C. Attorneys for Trustee | $ 6,161.64 | $ 6,161.64 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a) & (b) and § 507(a)(1) (Debtor-in-Possession (DIP) administrative expenses) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(2) - Gap Claims arising in involuntary cases and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                                PAGE 3 of 6

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(3) - Wages, salaries or commissions limited to $2,000.00 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(4) - Contributions Employment Funds | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000.00 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(6) - Deposits by consumers to the extent of $900 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

```
DISTRIBUTION REPORT - CONT'D                              PAGE 4 of 6
```

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 724(b)(2) - Tax Liens | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(7) - Tax claims excluding fines and penalties and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(8) - Capital commitments to FDIC, et al. and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(8) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 12,861.57 | 100% |

DISTRIBUTION REPORT - CONT'D                                            PAGE 5 of 6

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Greentree Financial | $ 1,913.63 | $ 1,913.63 |
| 2 | SMC | $ 909.10 | $ 909.10 |
| 3 | Discover Bank | $ 7,423.99 | $ 7,423.99 |
| 4 | Bank One Delaware | $ 2,614.85 | $ 2,614.85 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(3) - Late unsecured claims | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(5) - Fines/penalties excluding fines and penalties and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(5) - Interest at 4.00% * | $ 319.20 | 100% |

DISTRIBUTION REPORT - CONT'D                                        PAGE 6 of 6

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Greentree Financial | $ 46.91 | $ 46.91 |
| 2 | SMC | $ 23.31 | $ 23.31 |
| 3 | Discover Bank | $ 184.61 | $ 184.61 |
| 4 | Bank One Delaware | $ 64.37 | $ 64.37 |

*Computed at 1.01% from date petition filed Jan 2, 2004 through date of report preparation (Jun 14, 2006).

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED:   5/23/07                         /s/ David R. Herzog
                                        David R. Herzog,
                                        Trustee in Bankruptcy