**EXHIBIT F**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **CLYDE VASSEL and AZRIE VASSEL** | ) | **Case No. 04 B 00012** |
| | ) | |
| | ) | **Hon. Jacqueline Cox** |
| Debtors. | ) | |

**COVER SHEET FOR APPLICATION
FOR PROFESSIONAL COMPENSATION**

Name of Applicant:  HERZOG & SCHWARTZ, P.C.

Authorized to Provide Professional Services to:  Trustee

Date of Order Authorizing Employment: March 18, 2004

Period For Which Compensation is Sought:  From November 12, 2003 through present

Amount of Fees Sought:  $ 6,125.00

Amount of Expense Reimbursement Sought:  $ 36.64

This is a(n):   Interim Application __   Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period | Total Requested Fees and Expenses | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

## **EXHIBIT F-A**

## **ATTORNEY TIME FOR CATEGORY A**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 03/08/04 | Herzog, David<br>Begin drafting motion to employ. | 0.25<br>250.00 | 62.50 | A |
| 03/10/04 | Herzog, David<br>Work on motion to employ broker, obtain affidavit re same; work on motion to employ attorneys. | 0.75<br>250.00 | 187.50 | A |
| 03/11/04 | Herzog, David<br>Finalize motions to employ; file motions with court. | 0.75<br>250.00 | 187.50 | A |
| 03/18/04 | Herzog, David<br>Attend court on motions to employ professionals. | 0.50<br>250.00 | 125.00 | A |

**ATTORNEY TIME FOR CATEGORY B**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 02/06/04 | Herzog, David<br>Review file, research re value of real estate. | 1.00<br>250.00 | 250.00 | B |
| 03/01/04 | Herzog, David<br>Telephone conversation with debtor re sale of real estate; call to broker re same. | 0.50<br>250.00 | 125.00 | B |
| 03/08/04 | Herzog, David<br>Telephone conference with broker re value, prospective purchaser, relation to Debtors. | 0.25<br>250.00 | 62.50 | B |
| 04/15/04 | Herzog, David<br>Extended t/c with broker re numerous offers to purchase and comparison of terms. | 0.25<br>250.00 | 62.50 | B |
| 04/19/04 | Herzog, David<br>Review package of three real estate contracts/offers supplied by broker. | 0.50<br>250.00 | 125.00 | B |
| 04/23/04 | Herzog, David<br>Call to broker re contracts; review additional information. | 0.15<br>250.00 | 37.50 | B |
| 04/27/04 | Herzog, David<br>Review final contract and offer, approve, sign and send to broker. | 0.25<br>250.00 | 62.50 | B |
| 05/06/04 | Herzog, David<br>Call from broker re purchaser's difficulty in obtaining financing and delay to closing. | 0.10<br>250.00 | 25.00 | B |
| 05/10/04 | Herzog, David<br>Call from broker re Simmon's failure to obtain finanancing and cancellation of contract; discuss other potential purchaser. | 0.10<br>250.00 | 25.00 | B |
| 05/12/04 | Herzog, David<br>Call from broker re new offer and acceptance of same; prepare real estate rider and other documents and forward to broker. | 0.50<br>250.00 | 125.00 | B |

| Date | Attorney / Description | Hours / Rate | Amount | |
|---|---|---|---|---|
| 05/25/04 | Herzog, David<br>Call from Alice Wells re contract, financing issues, and well as possible credit toward's purchaser's closing costs to finalize deal. | 0.25<br>250.00 | 62.50 | B |
| 06/01/04 | Herzog, David<br>Prepare Application to Sell Property. | 1.50<br>250.00 | 375.00 | B |
| 06/23/04 | Herzog, David<br>Attend court call; obtain order approving sale of real estate. | 1.00<br>250.00 | 250.00 | B |
| 08/03/04 | Herzog, David<br>Call from broker and review title committment re closing. | 0.75<br>250.00 | 187.50 | B |
| 08/05/04 | Herzog, David<br>Work on closing; calls re pay-off letters. | 1.00<br>250.00 | 250.00 | B |
| 08/09/04 | Herzog, David<br>Work on closing, including issues with financing and possible delay; provide information to mortgage co. | 2.00<br>250.00 | 500.00 | B |
| 08/11/04 | Herzog, David<br>Work on obtaining necessary closing documents. | 2.50<br>250.00 | 625.00 | B |
| 08/12/04 | Herzog, David<br>Prepare for and attend closing. | 3.50<br>250.00 | 875.00 | B |

## ATTORNEY TIME FOR CATEGORY C

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 02/18/04 | Herzog, David<br>Attend court on motion to lift<br>stay of First Midwest Bank. | 0.75<br>250.00 | 187.50 | C |
| 01/05/05 | Herzog, David<br>Call from Debtor re status. | 0.15<br>250.00 | 37.50 | C |
| 03/16/05 | Herzog, David<br>Call from Debtor re new address,<br>status, and status of discharge. | 0.10<br>250.00 | 25.00 | C |
| 07/08/05 | Herzog, David<br>Call from Azrie Vassel re<br>possible surplus. | 0.15<br>250.00 | 37.50 | C |
| 04/11/06 | Herzog, David<br>Review claims, begin work on<br>final report. | 1.00<br>250.00 | 250.00 | C |
| 06/14/06 | Herzog, David<br>Work on final report. | 3.50<br>250.00 | 875.00 | C |
| 03/18/04 | Herzog, David<br>Attend status on motion to lift<br>stay of First Midwest Bank. | 0.50<br>250.00 | 125.00 | C |