UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

In re:                                                          )         Chapter 7
                                                                )
CLYDE VASSEL and AZRIE VASSEL                                   )         Case No. 04 B 00012
                                                                )
                                                                )         Hon. Jacqueline Cox
                                    Debtors.                    )

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S Dearborn, Courtroom 619, Chicago, IL 60604

   On: **July 10, 2007**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                               $91,389.92

   Disbursements                          $ 57,048.58

   Net Cash Available for Distribution    $ 49,341.34

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| David R. Herzog, Trustee in Bankruptcy | 0 | $ 6,585.03 | $ 0.00 |
| Herzog & Schwartz, P.C. Attorneys for Trustee | 0 | $ 6,125.00 | $ 36.64 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

N/A

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $12,861.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | Greentree Financial | $ 1,913.63 | $ 1,913.63 |
| 2 | SMC | $ 909.10 | $ 909.10 |
| 3 | Discover Bank | $ 7,423.99 | $ 7,423.99 |
| 4 | Bank One Delaware | $ 2,614.85 | $ 2,614.85 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing:

Dated: **June 1, 2007**                                          For the Court,

                                                                                By:
                                                                                **KENNETH S GARDNER**
                                                                                Kenneth S. Gardner
                                                                                Clerk of the U.S. Bankruptcy Court
                                                                                219 So. Dearborn Street; 7th Floor
                                                                                Chicago, IL 60604

Trustee:     David R. Herzog
Address:    77 West Washington, Suite 1717
                   Chicago, Illinois 60602
Phone No.:  (312) 977-1600

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7                  Page 1 of 1                  Date Rcvd: Jun 01, 2007
Case: 04-00012                      Form ID: pdf002              Total Served: 19


The following entities were served by first class mail on Jun 03, 2007.
db          +Clyde Vassel,    8931 South Laflin,    Chicago, IL 60620-4914
jdb         +Azrie Vassel,    8931 South Laflin,    Chicago, IL 60620-4914
aty         +Glenn Chertkow,    1525 E 53rd St Ste 524,    Chicago, IL 60615-4530
aty         +Jonathan N Rogers,    Stitt, Klein, Daday, Aretos, etal,    121 South Wilke Road,   Suite 500,
              Arlington Heights, IL 60005-1528
tr          +David R Herzog,    Herzog & Schwartz PC,    77 W Washington Suite 1717,    Chicago, IL 60602-3943
7989233     +Bank One Delaware NA fka First USA,    c/o Weinstein Treiger & Riley PS,
              2101 4th Avenue Suite 900,    Seattle, WA 98121-2339
7621212     +Boston Bank of Commerce,    Attn: Bankruptcy Processing,    P.O. Box 9201,
              Old Bethpage, NY 11804-9001
7621213      Carson Pirie Scott & Co.,    Attn: Bankruptcy Processing,    P.O. Box 10298,
              Jackson, MS 39289-0298
7621215      Chase- MasterCard,    Attn: Bankruptcy Unit,    Correspondence Department,   P. O. Box 52188,
              Phoenix, AZ 85072-2188
7621214     +Citi Drivers Edge Card,    Attn: BK Processing Unit,    P.O. Box 6000,    The Lakes, NV 89163-0001
7621211     +Citicorp Credit Services,    Attn: Bankruptcy Recovery,    (AT&T Universal Card),
              7920 NW 110th Street,    Kansas City, MO 64153-1270
7947675    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Bank,    Discover Financial Services,   PO Box 8003,
              Hilliard, OH 43026-8003)
7621216    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Card,    Attn: Bankruptcy Department,   P. O. Box 8003,
              Hilliard, OH 43026-8003)
7621217     +First Midwest Bank,    Attn: Stitt, klein, Daday, Aretos, et.al,    Attorneys at Law,
              121 S. Wilke Road, Suite 500,    Arlington Heights, IL 60005-1528
7621218     +First USA Bank,    Attn: BK Correspondence Dept.,    800 Brooks Edge Blvd.,
              Westerville, OH 43081-2822
7621219     +Green Tree Financial Corporation,    Attn: Bankruptcy Unit,    7360 S. Kyrene Road,
              Tempe, AZ 85283-8432
7621220      MBNA American Bank,    Attn: BK Processing Unit,    P. O. Box 15137,    Wilmington, DE 19850-5137
7925729    ++SMC,    PO BOX 19249,    SUGAR LAND TX 77496-9249
             (address filed with court: SMC,    c/o Carson Pirie Scott,   PO Box 67,
              Chanhassen, MN 55317-0067)
7621221     +Sears National Bank,    Attn:  Bankruptcy Department,    P.O. Box 3671,    Des Moines, IA 50323-0671

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r            Alice Wells
r            Alice Wells Realty
                                                                                                 TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2007**                              **Signature:** *Joseph Speetjens*