**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **CLYDE VASSEL and AZRIE VASSEL** | ) | Case No. 04 B 00012 |
| | ) | |
| | ) | Hon. Jacqueline Cox |
| Debtors. | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE JACQUELINE COX
    BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation, a copy of which are attached hereto as Exhibit "A".

    All checks have been cashed.  Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, and requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
|    12/31/08    |    /s/ David R. Herzog    |
| DATE | TRUSTEE |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CLYDE VASSEL and AZRIE VASSEL | ) | Case No. 04 B 00012 |
| | ) | |
| | ) | Hon. Jacqueline Cox |
| Debtors. | ) | |

ORDER AWARDING ATTORNEY'S
COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Attorney for Trustee's compensation and expenses are as follows;

1. Compensation         $      6,125.00
2. Expenses             $         36.64

                 TOTAL  $      6,161.64

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this July 10, 2007

ENTERED: *Jacqueline P. Cox*
         J. Cox
         _____
         UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CLYDE VASSEL and AZRIE VASSEL | ) | Case No. 04 B 00012 |
| | ) | |
| | ) | Hon. Jacqueline Cox |
| Debtors. | ) | |

ORDER AWARDING TRUSTEE'S
COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are as follows;

1. Trustee's compensation      $ 6,~~___~~  585.03
2. Trustee's expenses          $       0.00

                       TOTAL   $ 6,~~___~~  585.03

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this  July 10, 2007

                              ENTERED: *Jacqueline P. Cox*
                                       J. Cox

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 04-00012 6 | **Trustee:** DAVID HERZOG (330520) |
| **Case Name:** VASSEL, CLYDE / VASSEL, AZRIE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*71-65 - Money Market Account |
| **Taxpayer ID #:** 13-7427415 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/31/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/03/04 | | Chicago Title & Trust Company | Proceeds from sale of 8931 S. Laflin to Booth | | | 49,031.64 | | 49,031.64 |
| | {1} | Chicago Title | | 106,000.00 | 1110-000 | | | 49,031.64 |
| | | Alice Wells | Broker's Commission | -7,420.00 | 3510-000 | | | 49,031.64 |
| | | Transfer taxes | State of Illinois and Cook County Transfer Taxes | -159.00 | 2820-000 | | | 49,031.64 |
| | | Stonelake Survey Co. | Real Estate Survey | -380.00 | 2990-000 | | | 49,031.64 |
| | | Chicago Title | Title charges, closing costs | -987.00 | 2990-000 | | | 49,031.64 |
| | | First Midwest Bank | Payoff first mortgage | -26,315.11 | 4110-000 | | | 49,031.64 |
| | | Greentree | Payoff 2nd mortgage | -1,913.63 | 4110-000 | | | 49,031.64 |
| | | Clyde & Azrie Vassel | Homestead Exemption | -15,000.00 | 8100-002 | | | 49,031.64 |
| | | Cook County | County Taxes | -731.85 | 2820-000 | | | 49,031.64 |
| | | Cook County | Tax Proration | -858.92 | 2820-000 | | | 49,031.64 |
| | | City of Chicago | Payment of water bill | -22.85 | 2990-000 | | | 49,031.64 |
| | | Keesha Booth | Credit towards closing costs | -3,180.00 | 8500-002 | | | 49,031.64 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | | 1270-000 | 6.18 | | 49,037.82 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 8.73 | | 49,046.55 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 10.08 | | 49,056.63 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 10.42 | | 49,067.05 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | 1270-000 | 12.30 | | 49,079.35 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 11.70 | | 49,091.05 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 14.59 | | 49,105.64 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 14.13 | | 49,119.77 |

**Subtotals :** **$49,119.77** **$0.00**

{} Asset reference(s)

Printed: 12/31/2008 03:42 PM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 04-00012 6 | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | VASSEL, CLYDE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VASSEL, AZRIE | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 13-7427415 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/26/05 | 1001 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE #04-00012, Blanket Bond Premium Voided on 05/26/05 | 2300-000 | | 41.81 | 49,077.96 |
| 05/26/05 | 1001 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE #04-00012, Blanket Bond Premium Voided: check issued on 05/26/05 | 2300-000 | | -41.81 | 49,119.77 |
| 05/26/05 | 1002 | International Sureties | Blanket Bond Premium | 2300-000 | | 41.81 | 49,077.96 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 14.60 | | 49,092.56 |
| 06/30/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 15.67 | | 49,108.23 |
| 07/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4500% | 1270-000 | 17.02 | | 49,125.25 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 18.78 | | 49,144.03 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 19.32 | | 49,163.35 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 21.35 | | 49,184.70 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 22.24 | | 49,206.94 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.61 | | 49,231.55 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 27.73 | | 49,259.28 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.46 | | 49,285.74 |
| 03/01/06 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2006 FOR CASE #04-00012 | 2300-000 | | 38.41 | 49,247.33 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 29.30 | | 49,276.63 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.20 | | 49,307.83 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.51 | | 49,341.34 |

**Subtotals :** **$301.79** **$80.22**

{} Asset reference(s)                                                       Printed: 12/31/2008 03:42 PM      V.10.54

**Form 2**

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-00012 6 | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | VASSEL, CLYDE / VASSEL, AZRIE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 13-7427415 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.45 | | 49,373.79 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.56 | | 49,407.35 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.58 | | 49,440.93 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.42 | | 49,472.35 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.68 | | 49,507.03 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.54 | | 49,539.57 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.47 | | 49,571.04 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 33.05 | | 49,604.09 |
| 02/22/07 | 1004 | International Sureties | PRO-RATA BOND PREMIUM PAYMENT | 2300-000 | | 42.28 | 49,561.81 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.72 | | 49,586.53 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.47 | | 49,613.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.37 | | 49,640.37 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.39 | | 49,667.76 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.63 | | 49,693.39 |
| 07/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 14.15 | | 49,707.54 |
| 07/16/07 | | To Account #********7166 | Transfer of funds for final distribution. | 9999-000 | | 49,707.54 | 0.00 |

Subtotals :   $408.48   $49,749.82

{} Asset reference(s)

Printed: 12/31/2008 03:42 PM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 04-00012 6 | | **Trustee:** | DAVID HERZOG (330520) |
|---|---|---|---|---|
| **Case Name:** | VASSEL, CLYDE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | VASSEL, AZRIE | | **Account:** | ***-*****71-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7427415 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/31/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **49,830.04** | **49,830.04** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 49,707.54 | |
| | | | **Subtotal** | | **49,830.04** | **122.50** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$49,830.04** | **$-14,877.50** | |

{} Asset reference(s)

Printed: 12/31/2008 03:42 PM     V.10.54

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 04-00012 6  
**Case Name:** VASSEL, CLYDE  
VASSEL, AZRIE  
**Taxpayer ID #:** 13-7427415  
**Period Ending:** 12/31/08  

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/07 | | From Account #\*\*\*\*\*\*\*\*7165 | Transfer of funds for final distribution. | 9999-000 | 49,707.54 | | 49,707.54 |
| 07/19/07 | 101 | David R. Herzog, Trustee | Final Distribution | 2100-000 | | 6,585.03 | 43,122.51 |
| 07/19/07 | 102 | Herzog & Schwartz, P.C. | Final Distribution | 3110-000 | | 6,161.64 | 36,960.87 |
| 07/19/07 | 103 | Greentree Financial | Final Distribution Claim No 1. | 7100-000 | | 1,913.63 | 35,047.24 |
| 07/19/07 | 104 | SMC | Final Distribution Claim No. 2<br>Stopped on 12/21/07 | 7100-000 | | 909.10 | 34,138.14 |
| 07/19/07 | 105 | Discover Bank | Final Distribution Claim No. 3 | 7100-000 | | 7,423.99 | 26,714.15 |
| 07/19/07 | 106 | Bank One Delaware | Final Distribution Claim No. 4 | 7100-000 | | 2,614.85 | 24,099.30 |
| 07/19/07 | 107 | Greentree Financial | Final Distribution Interest | 7990-000 | | 67.54 | 24,031.76 |
| 07/19/07 | 108 | SMC | Final Distribution Interest<br>Stopped on 12/21/07 | 7990-000 | | 33.27 | 23,998.49 |
| 07/19/07 | 109 | Discover Bank | Final Distribution Interest | 7990-000 | | 265.05 | 23,733.44 |
| 07/19/07 | 110 | Bank One Delaware | Final Distribution | 7990-000 | | 92.60 | 23,640.84 |
| 07/19/07 | 111 | Clyde Vassel | Final Distribution - 1/2 Surplus Funds | 8200-002 | | 11,820.42 | 11,820.42 |
| 07/19/07 | 112 | Azrie Vassel | Final Distribution - 1/2 Surplus Funds | 8200-002 | | 11,820.42 | 0.00 |
| 12/21/07 | 104 | SMC | Final Distribution Claim No. 2<br>Stopped: check issued on 07/19/07 | 7100-000 | | -909.10 | 909.10 |
| 12/21/07 | 108 | SMC | Final Distribution Interest<br>Stopped: check issued on 07/19/07 | 7990-000 | | -33.27 | 942.37 |
| 12/21/07 | 113 | Clerk of the U.S. Bankruptcy Court | Deposit of Unclaimed Funds | 7100-000 | | 942.37 | 0.00 |

**Subtotals :**     $49,707.54     $49,707.54

{} Asset reference(s)     Printed: 12/31/2008 03:42 PM     V.10.54

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 04-00012 6  
**Case Name:** VASSEL, CLYDE  
VASSEL, AZRIE  
**Taxpayer ID #:** 13-7427415  
**Period Ending:** 12/31/08

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 49,707.54 | 49,707.54 | $0.00 |
| | | | Less: Bank Transfers | | 49,707.54 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 49,707.54 | |
| | | | Less: Payments to Debtors | | | 23,640.84 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$26,066.70** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****71-65** | 49,830.04 | -14,877.50 | 0.00 |
| **Checking # ***-*****71-66** | 0.00 | 26,066.70 | 0.00 |
| | **$49,830.04** | **$26,189.20** | **$0.00** |

{} Asset reference(s)

Printed: 12/31/2008 03:42 PM   V.10.54